**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1692**

_____

TERESA C. BOOKER,

                                  Plaintiff - Appellant,

          versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

                                  Defendant - Appellee.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Big Stone Gap.  James P. Jones, District
Judge.  (CA-01-105-2)

_____

Submitted:  October 10, 2002          Decided:  October 22, 2002

_____

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Teresa C. Booker, Appellant Pro Se.  Allyson Sinclair Jozwik, Frank
V. Smith, III, SOCIAL SECURITY ADMINISTRATION, Philadelphia,
Pennsylvania; Julie C. Dudley, Assistant United States Attorney,
Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Teresa C. Booker appeals from the district court's order granting summary judgment to the Commissioner in this action challenging the Commissioner's decision denying Booker's claim for a period of disability and disability insurance benefits. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Booker v. Barnhart, No. CA-01-105-2 (W.D. Va. May 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED